UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEANNE SEAMAN,

    Plaintiff,

v.

CNHI, LLC, a Delaware limited liability company, and
COMMUNITY NEWSPAPER GROUP, LLC, a
Delaware limited liability Company,

    Defendants.

Case No. 1:18-cv-00932
Hon. Janet T. Neff

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the relief granted herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be, and the same hereby is, dismissed with prejudice and, without costs, interest or attorneys' fees to any party.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATED AND
APPROVED FOR ENTRY

/s/ Lisa M. Okasinski
Lisa M. Okasinski (P78470)
Michael K. Hayes (P75419)
DEMOREST LAW FIRM PLLC
Attorneys for Plaintiff
322 West Lincoln Avenue
Royal Oak, MI 48067
248-723-5500
lisa@demolaw.com

January 3, 2019

STIPULATED AND
APPROVED FOR ENTRY

/s/ Robert J. Muchnick
Robert J. Muchnick (P62369)
Jennifer L. Muse (P81208)
HONIGMAN MILLER
SCHWARTZ AND COHN LLP
Attorneys for Defendant
600 Woodward Ave., Suite 2290
Detroit, MI 48226
(313) 465-7498
rmuchnick@honigman.com

January 3, 2019